UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------x
UNITED STATES OF AMERICA

                                                    ORDER

                    v.

                                                    Cr. 06-174-03
JOHN CAPPELLI,

                                        Defendant.
------------------------------------------------------------------x


        It is hereby ordered that the five year probationary sentence that was imposed upon John

Cappelli by the Honorable Joseph A. Greenaway on September 28, 2009, is hereby terminated.

Dated: _____, 2012



                                        Hon. Stanley R. Chesler
                                        United States District Court Judge